[No. 29736-5-III. Division Three. March 1, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ERWIN W. HULL, *Appellant*.

 *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Brown and Korsmo, JJ.

[No. 64033-0-I. Division One. March 5, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDRE LUIS FRANKLIN, *Appellant*.

 *Affirmed* by unpublished opinion per Grosse, J., concurred in by Becker and Schindler, JJ.

[No. 65426-8-I. Division One. March 5, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. GAMADA ABDULLAHI, *Appellant*.

 *Affirmed* by unpublished opinion per Leach, J., concurred in by Dwyer, C.J., and Ellington, J.

[No. 65467-5-I. Division One. March 5, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. FELIZ RAMIREZ WILHITE, *Appellant*.

 *Affirmed* by unpublished opinion per Leach, J., concurred in by Dwyer, C.J., and Grosse, J.